**LIDMAN LAW, APC**
Scott M. Lidman (SBN 199433)
slidman@lidmanlaw.com
Elizabeth Nguyen (SBN 238571)
enguyen@lidmanlaw.com
Milan Moore (SBN 308095)
mmoore@lidmanlaw.com
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 322-4772
Fax: (424) 322-4775

Attorneys for Plaintiff
ERICK CONTRERAS

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2228

Attorneys for Plaintiff
ERICK CONTRERAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK CONTRERAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:18-cv-06036-PSG-SS<br><br>Assigned to: Hon. Judge Philip S. Gutierrez<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         April 6, 2020<br>Time:        1:30 p.m.<br>Courtroom:  6A<br><br>Action Filed:     May 4, 2018<br>Pre-Trial Conf:  April 6, 2020<br>Trial:               April 21, 2020 |

1

NOTICE IS HEREBY GIVEN that on April 6, 2020, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 6A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Judge Philip S. Gutierrez, Plaintiff Erick Contreras, as an individual and on behalf of all others similarly situated, will and hereby does move this Court for entry of an Order pursuant to Fed. R. Civ. Proc. 23(e) granting:

1. Finally certifying the proposed Settlement Classes under Rule 23(e) of the Federal Rules of Civil Procedure defined as:

    a. *Non-Bautista* Class Members: All current and former non-exempt employees who worked in California for Defendant Worldwide Flight Services, Inc. from December 1, 2016 through July 25, 2019 and who were not class members in *Guillermo Bautista v. Worldwide Flight Services, Inc.*, Los Angeles Superior Court Case No. BC622372; and

    b. *Bautista* Class Members: All current and former non-exempt employees who worked in California for Defendant Worldwide Flight Services, Inc. from April 2, 2017 through July 25, 2019 and who were class members in *Guillermo Bautista v. Worldwide Flight Services, Inc.*, Los Angeles Superior Court Case No. BC622372.

2. Granting final approval to the class action settlement based upon the terms set forth in the Stipulation of Settlement ("Settlement") as fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

3. Confirming Plaintiff Erick Contreras's appointment as Class Representative for settlement purposes;

4. Confirming the appointment of Scott M. Lidman, Elizabeth Nguyen, and Milan Moore of Lidman Law, APC and Paul K. Haines of Haines Law Group, APC, as Class Counsel for settlement purposes;

5. Entering final judgment in the form of the [Proposed] Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and Final Judgment filed concurrently herewith.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the declarations of Scott M. Lidman, Elizabeth Nguyen, Paul K. Haines, Milan Moore, Erick Contreras, and Alan Garrido of CPT Group, Inc. and the exhibits attached thereto, the pleadings and other papers filed in this action, and on any further oral or documentary evidence or argument presented at the time of hearing.

Dated:  March 6, 2020

Respectfully submitted,
Lidman Law, APC

By:  */s/ Elizabeth Nguyen*
Elizabeth Nguyen
Attorney for Plaintiff
ERICK CONTRERAS